**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>HC LIQUIDATING, INC., [1]<br><br>    Debtor. | Chapter 7<br><br>Case No. 23-10259 (TMH) |
| Don A. Beskrone, Chapter 7 Trustee for<br>  HC LIQUIDATING, INC.,<br><br>         Plaintiff,<br><br>     v.<br><br>Assurant, Inc.,<br><br>        Defendant. | Adv. Proc. No: 25-50365-TMH |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

      **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Don A. Beskrone, Chapter 7 Trustee for HC Liquidating, Inc., hereby dismisses the above-captioned adversary proceeding with prejudice.

Dated: May 15, 2025

                          **ASHBY & GEDDES, P.A.**

                          */s/ Benjamin W. Keenan*
                          Ricardo Palacio (DE No. 3765)
                          Benjamin W. Keenan (DE No. 4724)
                          500 Delaware Avenue, 8th Floor
                          Wilmington, Delaware 19899
                          Telephone: (302) 654-1888

                          *Counsel to Don A. Beskrone,*
                          *Chapter 7 Trustee of the Debtor*

---

[1] The last four digits of the Debtor's federal tax identification numbers are 0487. The Debtor's mailing address was 1001 Wilshire Boulevard PMB 2196, Los Angeles, California, 90017.

{02121982;v1 }